# United States District Court

-------------------------- DISTRICT OF KANSAS--------------------------

**GAYE RAYNAE ASHLEY,**

        **Plaintiff,**

v.                                            Case No:   23-2158-EFM

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security,**

        **Defendant,**

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.   This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.  IT IS ORDERED

that pursuant to the Order, Doc. 13, filed on October 16, 2023, Unopposed Motion to Reverse the Commissioners decision under sentence four of 42 U.S.C. Section 405(g) and to Remand for further administrative proceedings, Doc. 12, is GRANTED.

This case is closed.

  October 16, 2023                                             SKYLER O'HARA
        Date                                                      CLERK OF THE DISTRICT COURT

                                                                 by:  s/  Cindy McKee
                                                                          Deputy Clerk